BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIR ABDALLAH BEN HASSINE,<br><br>     Plaintiff,<br><br>     v.<br><br>JANET NAPOLITANO, *et al.*,<br><br>     Defendants. | Case No.: 1:13-cv-1152 SKO<br><br>**Joint Stipulation and Order re: Extension of Time** |

The parties stipulate that the government be given an extension of 60 days in which to answer or otherwise respond to the Petition, until November 27, 2013.

Dated: September 9, 2013              Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Audrey B. Hemesath
                                      AUDREY B. HEMESATH
                                      Assistant U.S. Attorney


DATED: September 9, 2013              Respectfully submitted,
                                      /s/ Stacy Tolchin
                                      Stacy Tolchin
                                      Attorney for the Plaintiff

1

**ORDER**

Pursuant to the above stipulation, the time for the government to file a responsive pleading to the Petition is extended to November 27, 2013.

IT IS SO ORDERED.

Dated:   **September 12, 2013**              /s/ **Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE