BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIR ABDALLAH BEN HASSINE,<br><br>          Plaintiff,<br><br>      v.<br><br>JANET NAPOLITANO, *et al.*,<br><br>          Defendants. | Case No.: 1:13-cv-1152 SKO<br><br>**Joint Stipulation and Order re: Extension of Time** |

The parties stipulate that the government be given an extension of 60 days in which to answer or otherwise respond to the Petition, until November 27, 2013.

Dated: September 9, 2013        Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Audrey B. Hemesath
                                            AUDREY B. HEMESATH
                                            Assistant U.S. Attorney

DATED: September 9, 2013        Respectfully submitted,
                                            /s/ Stacy Tolchin
                                            Stacy Tolchin
                                            Attorney for the Plaintiff

**ORDER**

Pursuant to the above stipulation, the time for the government to file a responsive pleading to the Petition is extended to November 27, 2013.

IT IS SO ORDERED.

Dated: **September 12, 2013**              **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE