BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIR ABDALLAH BEN HASSINE,<br><br>    Plaintiff,<br><br>    v.<br><br>JANET NAPOLITANO, *et al.*,<br><br>    Defendants. | Case No.: 1:13-cv-1152 SKO<br><br>**Joint Stipulation and Order re: Second Extension of Time** |

The parties stipulate that the government be given an extension of 45 days in which to respond to the Petition, until January 6, 2014. The parties as well stipulate that the status conference, currently set for December 10, 2013, be continued until January 28, 2014, at 9:30am, or as soon as practicable thereafter. The parties as well request that the status conference be conducted telephonically. Undersigned counsel for the defendants will initiate the call if acceptable.

Dated: November 18, 2013        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

DATED: November 18, 2013                    Respectfully submitted,
                                            /s/ Stacy Tolchin
                                            Stacy Tolchin
                                            Attorney for the Plaintiff

### ORDER

Pursuant to the above stipulation, the time for the government to file a responsive pleading is extended to January 6, 2014.  The status conference is continued to January 28, 2014, at 10:30 am.  A joint status report is due on January 21, 2014.

IT IS SO ORDERED.

Dated:   **November 20, 2013**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE