**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMIR ABDALLAH BEN HASSINE, | ) |
| Plaintiff, | ) Case No.: 1:13-cv-1152 SKO ) |
| v. | ) **STIULATION AND ORDER** ) **EXTENDING TIME FOR HEARING ON** ) **ATTORNEY'S FEES** |
| JANET NAPOLITANO, *et al.*, | ) ) |
| Defendants. | ) ) ) |

The parties stipulate and request that the hearing on Plaintiff's motion for Equal Access to Justice Act fees be rescheduled from August 27 to September 24, 2014.

Dated: July 30, 2014                Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Audrey B. Hemesath
                                    AUDREY B. HEMESATH
                                    Assistant U.S. Attorney


DATED: July 30, 2014                Respectfully submitted,
                                    /s/ Stacy Tolchin
                                    Stacy Tolchin
                                    Attorney for the Plaintiff

1

**ORDER**

Pursuant to the parties' Stipulation, the hearing on Plaintiff's motion for Equal Access to Justice Act fees is CONTINUED from August 27, 2014, to September 24, 2014, at 9:30 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:  **August 5, 2014**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE